IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL OLSON,**

    **Plaintiff,**

v.                                No. CIV 15-0623 GBW/LAM

**DOÑA ANA COUNTY, et al.,**

    **Defendants.**

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. On August 11, 2015, the Court granted Plaintiff's motion to proceed *in forma pauperis* and notified Plaintiff that, if he would like the Court to order service of process on Defendants, he may file a motion for service of process setting forth Defendants' addresses sufficient to accomplish service of process under any applicable state and federal rules. [*Doc. 6* at 3]. Under the Local Rules of this Court, "[a] civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward." D.N.M. LR-Civ. 41.1. In addition, Federal Rule of Civil Procedure 4(m) provides in part that "[i]f a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time." No action has been taken by Plaintiff in this case since July 23, 2015.

2

**IT IS THEREFORE ORDERED** that, **within thirty (30) days of the entry of this Order**, this case will be dismissed without prejudice unless Plaintiff either effects service or provides the Court with a written explanation showing good cause why service has not been made.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**